**Cheryl O. CHARLES, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 00–3426.

United States Court of Appeals, Federal Circuit.

April 18, 2001.

### ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

**Adelaide M. WALSH, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3178.

United States Court of Appeals, Federal Circuit.

April 18, 2001.

### ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Appellant's brief is due within 60 days from the date of filing of this order.